IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

EQUAN TARIO FOREHAND,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3782

_____/

Opinion filed October 8, 2015.

An appeal from the Circuit Court for Escambia County.
Edward P. Nickinson, III, Judge.

Nancy A. Daniels, Public Defender, and Glenna Joyce Reeves, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      We affirm Appellant's convictions in this appeal filed pursuant to *Anders v. California*, 386 U.S. 738 (1967). But we remand to the lower court for entry of a corrected judgment of conviction conforming to the jury verdicts. The judgment

currently reflects convictions on Counts 1 and 2 of aggravated assault by threat with a firearm – actual possession of a firearm without discharge, and on Count 3 of attempted robbery with a deadly weapon. The verdict form shows the jury actually found Appellant guilty on Count 1 of aggravated assault with a firearm – <u>no</u> actual possession of a firearm, a third-degree felony; see sections 784.021(2), 775.082(3)(d), Florida Statutes (2013); on Count 2 of improper exhibition of a firearm, a first-degree misdemeanor; see section 790.10, Florida Statutes (2013); and on Count 3 of attempted robbery with a firearm – <u>no</u> actual possession of a firearm, a second-degree felony; see sections 812.13(2)(a), 777.04(4)(c), 775.082(3)(c), Florida Statutes (2013).

No sentencing errors were preserved for appeal. Therefore, we affirm Appellant's sentences, as well, but without prejudice to his right to seek postconviction relief. *See A.L.B. v. State*, 23 So. 3d 190, 191 (Fla. 1st DCA 2009); *Colon v. State*, 869 So. 2d 1290, 1290 (Fla. 4th DCA 2004).

AFFIRMED; REMANDED with directions.

LEWIS, MARSTILLER, and OSTERHAUS, JJ., CONCUR.